JOHN E. LONERGAN, Respondent, v. ALPHONSE P. LEIBINGER, Appellant.— Order denying motion for judgment on the pleadings reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. There was no provision in the lease that re-entry included re-entry by dispossess proceedings so as to preserve the right to the landlord to hold the tenant liable for rent after dispossess. (*Michaels* v. *Fishel*, 169 N. Y. 381, 389.) Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., dissents and votes to affirm.

ANTONI LOPINSKI and LFOKODYA LOPINSKI, His Wife, Respondents, v. MARTIN CHMIELEWSKI and Another, Defendants, Impleaded with VICTOR HANCHARUK and Another, Appellants.— Order granting plantiffs' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JENNIE MANASIA, Respondent, v. NEW YORK CASUALTY COMPANY, Appellant.— Order of Appellate Term affirming judgment of the City Court of the City of New York reversed on the law and the facts, with costs, judgment of said City Court reversed and complaint dismissed, with costs. In our opinion the plaintiff failed to show a waiver by the defendant of its cancellation of the policy of insurance and the reinstatement thereof prior to the plaintiff's accident. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

BERTHA W. MANDEL, Respondent,· v. HENRY MANDEL, Appellant.— Appeal dismissed, with ten dollars costs and disbursements, upon the ground that the reference ordered at Special Term, in which appellant acquiesced, was pending at the time the appeal was argued. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.